IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BRANDY BABBS,

    Plaintiff,

v.                              Civil Action No. 4:16-cv-00054-TWP-DML

AMRENT, INC.,

    Defendant.

## AMRENT'S PRELIMINARY WITNESS LIST

Pursuant to the Court's Case Management Plan (ECF No. 17), AmRent respectfully submits the following preliminary list of witnesses whom AmRent presently believes it may call at the trial of this case.

This list does not include witnesses whom AmRent may call solely for purposes of impeachment, and it does not include unknown and unanticipated witnesses whom AmRent may call solely for purposes of rebuttal.

Because discovery continues, this list is tentative and subject to amendment pending further discovery.

    1.    Plaintiff Brandy Babbs

    2.    AmRent's Corporate Representatives

    3.    All Village Management Company employees with knowledge of the effect that AmRent's report about Plaintiff had on Plaintiff's housing application

    4.    Anyone that Plaintiff identifies in her preliminary witness list or in any amendment or supplement thereto

    5.    Persons whom AmRent may identify through discovery

      6.      Any person deposed in this action

      7.      All witnesses called at any hearing

      8.      Any expert witness identified by any party


Date:   September 12, 2016         /s/ Jason A. Spak
                                                  Jason A. Spak
                                                  PICADIO SNEATH MILLER & NORTON, P.C.
                                                  444 Liberty Avenue, Suite 1105
                                                  Pittsburgh, PA 15222
                                                  Telephone:  412-288-4385
                                                  Facsimile:  412-288-2405
                                                  jspak@psmn.com

                                                  *Counsel for Defendant AmRent, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2016, a true and correct copy of the foregoing AMRENT'S PRELIMINARY WITNESS LIST was electronically filed with the Court's ECF system, which will effect service upon all parties and/or their counsel of record, including:

Geoffrey Baskerville, Esquire
FRANCIS & MAILMAN, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
gbaskerville@consumerlawfirm.com

*National Counsel for Plaintiff*

Larry P. Smith, Esquire
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
lsmith@smithmarco.com

*Local Counsel for Plaintiff*

PICADIO, SNEATH, MILLER, & NORTON, PC

/s/ Jason A. Spak
Jason A. Spak