IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

BRANDY BABBS,

    Plaintiff,

v.                                         Civil Action No. 4:16-cv-00054-TWP-DML

AMRENT, INC.,

    Defendant.

## AMRENT'S PRELIMINARY EXHIBIT LIST

Pursuant to the Court's Case Management Plan (ECF No. 17), AmRent respectfully submits the following preliminary list of exhibits that AmRent presently believes it may use at the trial of this case.

This list does not include exhibits that AmRent may call solely for purposes of impeachment, and it does not include unknown and unanticipated witnesses whom AmRent may call solely for purposes of rebuttal.

Because discovery continues, this list is tentative and subject to amendment pending further discovery.

    1.    AmRent's consumer report about Plaintiff for Village Management Company

    2.    Village Management Company's "Tenant Selection Criteria"

    3.    Village Management Company's completed "Credit Report Request" form

    4.    Declaration of Mary Compton at Village Management Company

    5.    Declaration of Lori Martin at Village Management Company

    6.    All documents or evidence that Plaintiff identified in her initial disclosures

    7.    All documents or evidence that any party or non-party produces in discovery

    8.        All pleadings, filings, deposition transcripts, exhibits, and discovery responses

    9.        All documents identified in trial preparation and/or discovery.


Date:    September 12, 2016        /s/ Jason A. Spak
                                                  Jason A. Spak
                                                  PICADIO SNEATH MILLER & NORTON, P.C.
                                                  444 Liberty Avenue, Suite 1105
                                                  Pittsburgh, PA 15222
                                                  Telephone:  412-288-4385
                                                  Facsimile:  412-288-2405
                                                  jspak@psmn.com

                                                  *Counsel for Defendant AmRent, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2016, a true and correct copy of the foregoing AMRENT'S PRELIMINARY EXHIBIT LIST was electronically filed with the Court's ECF system, which will effect service upon all parties and/or their counsel of record, including:

Geoffrey Baskerville, Esquire
FRANCIS & MAILMAN, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
gbaskerville@consumerlawfirm.com

*National Counsel for Plaintiff*

Larry P. Smith, Esquire
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
lsmith@smithmarco.com

*Local Counsel for Plaintiff*

PICADIO, SNEATH, MILLER, & NORTON, PC

/s/ Jason A. Spak
Jason A. Spak