UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

|  |  |
|---|---|
| BRANDY BABBS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 4:16-cv-00054-TWP-DML |
| ) | |
| AMRENT, INC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brandy Babbs and Defendant Amrent, Inc. ("Amrent") that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action as to the Defendant be dismissed with prejudice by its undersigned counsel, that Plaintiff dismisses her claims against Defendant, as settled, with each party to bear their own costs incurred within.

| **FRANCIS & MAILMAN, P.C.** | **PICADIO, SNEATH, MILLER & NORTON** |
|---|---|
| */s/ Geoffrey H. Baskerville*_____ | */s/ Jason A. Spak*____ |
| GEOFFREY H. BASKERVILLE | Jason A. Spak |
| Land Title Building, 19th Floor | 444 Liberty Avenue |
| 100 South Broad Street | Suite 1105 |
| Philadelphia, PA 19110 | Pittsburgh, PA 15222 |
| 215-735-8600 | 412-288-4385 |
| 215-940-8000 (fax) | 412-288-2405 (fax) |
| gbaskerville@consumerlawfirm.com | jspak@psmn.com |
|  | *Attorneys for Defendant* |

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL  60603
312-324-3532
888-418-1277 (fax)
lsmith@smithmarco.com

*Attorneys for Plaintiff*

SO ORDERED:

_____          _____
Date                                 U. S. District Court
                                     Southern District of Indiana